UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CLIFFORD MOSS,<br><br>Defendant. | 17-cr-675 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

The Clerk of the Court is hereby directed to fully unseal the docket in the above-captioned case excepting 1) the 5K1.1 letter submitted by the Government; and 2) the sentencing memorandum submitted by the defendant.

SO ORDERED.

Dated:   New York, NY

July 28, 2020

JED S. RAKOFF, U.S.D.J.